# Court of Appeals
# of the State of Georgia

ATLANTA, July 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2427. MICAH CARTY v. BARBARA RIVERA HOLMES, COMMISSIONER OF LABOR, IN HER OFFICIAL CAPACITY et al.

Micah Carty filed a notice of direct appeal from the superior court's order affirming a decision of the Georgia Department of Labor, which denied Carty's claim for unemployment benefits. Under OCGA § 5-6-35(a)(1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeals procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000); *Ga. Water Res. v. Comm'r of Labor*, 193 Ga. App. 252, 252 (387 SE2d 374) (1989). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Because Carty failed to file a discretionary application, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/20/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*